IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   5:20-CV-045 |
| 175.80 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND HORACIO ACEVEDO, JR., ET AL., | § § § § § § | |
| *Defendants.* | § | |

## JOINT MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE

The United States and the Acevedo landowners move for an order continuing the Initial Pretrial Conference set for July 2, 2020 at 9:00 am.

The parties have agreed on and signed a right of entry. The parties will submit a stipulation of dismissal within the next week. As the parties have agreed on the Right of Entry, all matters have been resolved and a scheduling order is no longer needed.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:   *s/ John A Smith, III*
**JOHN A. SMITH, III**
Assistant United States Attorney
Attorney-in-Charge
Southern District of Texas No. 8638
Texas Bar No. 18627450
One Shoreline Plaza
800 North Shoreline Blvd., Suite 500

Corpus Christi, Texas 78401<br>
Telephone: (361) 888-3111<br>
Facsimile: (361) 888-3234<br>
E-mail: john.a.smith@usdoj.gov

By: *s/ David Acevedo*

David Acevedo
Laredo, TX
Representative for Land Owners

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing JOINT MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE was served via mail or email, on June 30, 2020, to the following:

Horacio Acevedo, Jr.
Laredo, TX

Cynthia A. Dovalina
San Antonio, TX

Lilia A. Gates
San Antonio, TX

Sandra A. Herzik
San Antonio, TX

Javier Acevedo
Laredo, TX

David Acevedo
Laredo, TX

Angelique Marie Acevedo-Barron
Lakewood, CO

Hugo D. Acevedo
Los Alamitos, CA

Consuelo Acevedo
Los Alamitos, CA

                        By:    *s/ John A Smith, III*
                                **JOHN A. SMITH, III**
                                Assistant United States Attorney