# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § *Plaintiff,* § § v. § § 175.80 ACRES OF LAND, MORE OR LESS, § SITUATE IN WEBB COUNTY, STATE OF § TEXAS; AND HORACIO ACEVEDO, JR., ET § AL., § § § *Defendants.* § | CASE NO.   5:20-CV-045 |

## ADVISORY

Pursuant to the Court's order of March 16, 2021, the United States of America files the requested advisory. The final stipulation of dismissal was drafted and sent to all landowners for signature. To date, 12 of 16 landowners have returned their signature page. The United States of America does not anticipate any trouble in obtaining the remaining four signatures. The United States of America will file the stipulation of dismissal as soon as the last signature is received.

    Respectfully submitted,

    **RYAN K. PATRICK**
    United States Attorney
    Southern District of Texas

By:   *s/ John A Smith, III*
    **JOHN A. SMITH, III**
    Assistant United States Attorney
    Attorney-in-Charge
    Southern District of Texas No. 8638
    Texas Bar No. 18627450
    One Shoreline Plaza
    800 North Shoreline Blvd., Suite 500

Corpus Christi, Texas 78401<br>
Telephone: (361) 888-3111<br>
Facsimile: (361) 888-3234<br>
E-mail: john.a.smith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ADVISORY was served via mail or email, on March 26, 2021, to the following:

Cynthia A. Dovalina
San Antonio, TX

Lilia A. Gates
San Antonio, TX

Sandra A. Herzik
San Antonio, TX

Javier Acevedo
Laredo, TX

David Acevedo
Laredo, TX

Angelique Marie Acevedo-Barron
Lakewood, CO

Hugo D. Acevedo
Los Alamitos, CA

Consuelo Acevedo
Los Alamitos, CA

Homero E Acevedo
San Antonio, TX

Hector E. Acevedo
Aurora, CO

Annette Michele Acevedo-Martinez
Denver, CO

Diana Marie Ochoa Johnson
San Antonio, TX

William X. Ochoa
Laredo, TX

James A. Ochoa
Cedar Park, TX

Ana C. Rodriguez
Frisco, TX


                    By:    *s/ John A Smith, III*
                            **JOHN A. SMITH, III**
                            Assistant United States Attorney