IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   5:20-CV-045 |
| 175.80 ACRES OF LAND, MORE OR LESS, SITUATE IN WEBB COUNTY, STATE OF TEXAS; AND HORACIO ACEVEDO, JR., ET AL., | § § § § § § | |
| *Defendants.* | § | |

AMENDED ADVISORY

Pursuant to the Court's order of March 16, 2021, the United States of America files the requested advisory. The final stipulation of dismissal was drafted and sent to all landowners for signature. To date, 15 of 16 landowners have returned their signature page. The United States of America does not anticipate any trouble in obtaining the remaining signature. The United States of America will file the stipulation of dismissal as soon as the last signature is received.

    Respectfully submitted,

    **RYAN K. PATRICK**
    United States Attorney
    Southern District of Texas

By:   *s/ John A Smith, III*
    **JOHN A. SMITH, III**
    Assistant United States Attorney
    Attorney-in-Charge
    Southern District of Texas No. 8638
    Texas Bar No. 18627450
    One Shoreline Plaza
    800 North Shoreline Blvd., Suite 500

Corpus Christi, Texas 78401  
Telephone: (361) 888-3111  
Facsimile: (361) 888-3234  
E-mail: john.a.smith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ADVISORY was served via mail or email, on March 26, 2021, to the following:

Cynthia A. Dovalina  
San Antonio, TX

Lilia A. Gates  
San Antonio, TX

Sandra A. Herzik  
San Antonio, TX

Javier Acevedo  
Laredo, TX

David Acevedo  
Laredo, TX

Angelique Marie Acevedo-Barron  
Lakewood, CO

Hugo D. Acevedo  
Los Alamitos, CA

Consuelo Acevedo  
Los Alamitos, CA

Homero E Acevedo  
San Antonio, TX

Hector E. Acevedo  
Aurora, CO

Annette Michele Acevedo-Martinez
Denver, CO

Diana Marie Ochoa Johnson
San Antonio, TX

William X. Ochoa
Laredo, TX

James A. Ochoa
Cedar Park, TX

Ana C. Rodriguez
Frisco, TX


By:   *s/ John A Smith, III*
      **JOHN A. SMITH, III**
      Assistant United States Attorney